UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                            :
                                                  :
    Stephanie Allen,                      :    Case No. 15-22517-RDD
        Debtor                            :    Judge Robert D. Drain
                                                  :
_____:


AFFIDAVIT OF SERVICE

    The undersigned, Richard M. Allen, caused a copy of the Notice of Presentment of Motion to Conduct 2004 Examination and exhibits thereto (Motion to Conduct Rule 2004 examination and proposed Order Permitting Order 2004 Examination)  to be served (1) by first class mail, postage prepaid,  on the U.S. Trustee, 201 Varick Street, Suite 1006, New York, NY 10014, and on Brian Allen, 101 Southside Avenue, #3C, Hastings-on-Hudson, NY 10706 and (2) by electronic mail via the CM/ECF system on the persons listed for receipt thereof in this case.


Dated:  July 20, 2015


                                      (s) Richard M. Allen_____
                                      Richard M. Allen
                                      223 Egremont Plain Road
                                      Egremont, MA 01230
                                      413-528-2108
                                      rmallencsm@gmail.com